IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : | |
| | : | |
| vs. | : | CIVIL NO. 1:CV-08-0423 |
| | : | |
| JENNIFER VIECZOREK,<br>RONALD J. VIECZOREK,<br>Defendants | : | |

*J U D G M E N T*

AND NOW, this 10th day of June, 2008, upon consideration of Plaintiff's motion for default judgments (doc. 7), it is ORDERED that Plaintiff's motion is granted. Judgment is entered in favor of Plaintiff, United States of America, and against Defendants, Jennifer Vieczorek and Ronald J. Vieczorek, in the amounts of $51,474.74 on Note"A", and $32,543.63 on Mortgage "B", plus interest from date hereof at the rates of $10.13 and $5.78, respectively, to the date of any Marshal's sale or other sale of property.

/s/William W. Caldwell
William W. Caldwell
United States District Judge